**Order filed October 27, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00537-CV
_____

**STOCKDICK LAND COMPANY, STEPHEN N. RINER, AND WADE A. RINER, Appellants**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE AND CARRINGTON MORTGAGE SERVICES, LLC, Appellees**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2008-60974A**

## O R D E R

The clerk's record was filed August 25, 2017. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the orders of partial non-suit signed December 16, 2016 and January 4, 2017.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before November 6, 2017, containing the orders of partial non-suit signed December 16, 2016 and January 4, 2017.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.

PER CURIAM